NUMBERS

 13-05-503-CV 

 13-06-008-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

ANTHONY R. BEARDEN, ET AL.,                               Appellants,

 

                                           v.

 

DXP
ENTERPRISES, INC. AND SEPCO 

INDUSTRIES, INC.,                                                  Appellees.

________________________________________________________

 

                 On appeal from the 319th
 District Court

                           of Nueces
County, Texas.

________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before
Justices Hinojosa, Yañez, and Garza

                      Memorandum Opinion Per
Curiam

 








Appellants, ANTHONY R. BEARDEN, ET AL., perfected an appeal from a judgment
entered by the 319th District Court of Nueces
County, Texas, in cause number 02-05231-G.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal as to appellees, DXP
ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC.  Appellants state that they have settled their
claims against appellees, DXP ENTERPRISES, INC. AND SEPCO
INDUSTRIES, INC., and appellants request that said appeal be dismissed.  Appellants= appeal against appellees, DXP
ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC., is severed from the original
appeal and is docketed under cause number 13-06-008-CV.

Having considered
appellants= motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion
should be granted.  The motion to dismiss
appellants= appeal against
appellees, DXP ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC., is
hereby granted.  The appeal against
appellees, DXP ENTERPRISES, INC. AND SEPCO INDUSTRIES, INC., in
cause number 13-06-008-CV is ordered DISMISSED. 
The remaining issues in the appeal will remain docketed under cause
number 13-05-503-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 12th day of
January, 2006.